# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>W. HUTCHINGS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01550-GMN-NJK<br><br>**ORDER** |

Having reached a settlement at the inmate early mediation, the parties were required to file dismissal papers by July 7, 2025.  Docket No. 8.  Dismissal papers have not been filed. Accordingly, the Court ORDERS the parties to file dismissal papers by July 28, 2025.

IT IS SO ORDERED.

DATED: July 14, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE