AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO HERNANDEZ, | Case No. 2:24-cv-01550-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| W. HUTCHINGS, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, **Julio Hernandez**, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.[1]

///

///

///

///

---

[1] Defendant is attaching a draft of the Stipulation and Order for dismissal. This draft was authenticated by Plaintiff and Defendant's Council Mayra Garay both of which were present during the settlement conference. Ms. Garay is no longer with the AG's office and is thus not able to sign the current Stipulation and Order.

Page **1** of **2**

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 27th day of July, 2025.        DATED this 27th day of July, 2025

                                                    AARON D. FORD
                                                    Attorney General

By: _____        By: /s/ *John Regalia*
    **JULIO HERNANDEZ**            John Regalia (Bar No. 16969)
    Plaintiff            Deputy Attorney General
                                                      *Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

                                          DATED _____July 28_____, 2025.

                                          _____

# EXHIBIT A

## STIPULATION FOR DISMISSAL SIGNED BY DAG MAYRA GARAY AND PLAINTIFF JULIO HERNANDEZ

# EXHIBIT A

1  AARON D. FORD
    Attorney General
2  MAYRA GARAY (Bar No. 15550)
    Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  1 State of Nevada Way, Suite 100
    Las Vegas, Nevada 89119
5  (702) 486-3788 (phone)
    (702) 486-3768 (fax)
6  Email: mgaray@ag.nv.gov

7  *Attorneys for Interested Party*
    *Nevada Department of Corrections*
8

9
                    UNITED STATES DISTRICT COURT
10
                          DISTRICT OF NEVADA
11

12 | JULIO HERNANDEZ,                    | Case No. 2:24-cv-01550-GMN-NJK |
13 |            Plaintiff,               |                                 |
14 | v.                                  | **STIPULATION AND ORDER TO**    |
15 | W. HUTCHINGS, *et al.*,             | **DISMISS WITH PREJUDICE**      |
   |            Defendants.              |                                 |
16

17      IT IS HEREBY STIPULATED by and between Plaintiff, **Julio Hernandez**, and

18 Interested Party Nevada Department of Corrections, by and through counsel, Aaron D.

19 Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State

20 of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil

21 Procedure, that the above-captioned action be dismissed with prejudice, with each party

22 bearing their own attorney's fees and costs.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 6th day of June, 2025.

By: /signature/
JULIO HERNANDEZ
Plaintiff

DATED this 6th day of June, 2025

AARON D. FORD
Attorney General

By: /s/ Mayra Garay
MAYRA GARAY (Bar No. 15550)
Deputy Attorney General
Attorneys for Interested Party

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____July 28_____, 2025.

_____/signature/_____
UNITED STATES DISTRICT JUDGE